UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                          CASE NO. 2:23-CR-20001-001

RAYMOND FRANK WATSON                         DEFENDANT

## **ORDER**

The Court ADOPTS the report and recommendation (Doc. 17) entered in this case and accepts Defendant's plea of guilty to Count 1 of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 21st day of March, 2023.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE